UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAVOUISE JACKSON,

                                    Plaintiff

        v.

NAPH CARE, *et al.*,

                                    Defendants

Case No. 3:22-cv-00318-MMD-CSD

ORDER

## I.      DISCUSSION

This action is a counseled civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who was in the custody of the Nevada Department of Corrections at the time he initiated this case.  At the time Plaintiff initiated this case, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners.  (ECF No. 1.)  In this Court's December 8, 2022, screening order, the Court deferred a decision on the application to proceed *in forma pauperis*.  (ECF No. 4 at 10.)  The screening order also imposed a 90-day stay, and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator.  (ECF No. 4, 8.)  The Office of the Attorney General has filed a status report indicating that settlement has not been reached and informing the Court of its intent to proceed with this action.  (ECF No. 13.)

The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before April 17, 2023, or pay the full filing fee of $402.  After the Court determines the matter of the payment of the filing fee, the Court will issue an order on the matter of service.

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the

1   document entitled information and instructions for filing an *in forma pauperis* application.

2        IT IS FURTHER ORDERED that on or before April 17, 2023, Plaintiff shall either:

3   (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2)

4   pay the full filing fee of $402.

5        IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

6   dismissal of this action may result.

7        IT IS FURTHER ORDERED that upon the resolution of the matter of the filing fee

8   this Court shall issue a subsequent order on the matter of service.

9        DATED:  March 16, 2023.

10

11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28