# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAVOUISE JACKSON,

    Plaintiff

v.

NAPHCARE, et al.,

    Defendants

Case No.: 3:22-cv-00318-MMD-CSD

**Order**

Plaintiff filed this civil rights action pro se when he was an inmate in custody of the Nevada Department of Corrections (NDOC). (ECF No. 5.)

The court screened his complaint and allowed him to proceed with an Eighth Amendment claim for deliberate indifference to serious medical needs against defendants Rambur, Notton, Nurse Melissa, Nikky, Daniels, Minev, Hensely, Williams, Warden Russell, and Warden Olson. (ECF No. 4.)

After the complaint was screened, Plaintiff filed a notice of change of address indicating he was no longer in custody (ECF No. 7), and the NDOC's online inmate search function states that Plaintiff has been paroled.

On February 13, 2023, attorney Carrie E. Hurtik entered an appearance on behalf of Plaintiff Kavouise Jackson. (ECF No. 11.) Plaintiff and counsel participated in an early mediation conference on March 14, 2023, but the parties were unable to resolve the case. (ECF No. 12.)

On March 16, 2023, the court issued an order directing Plaintiff to either file an application to proceed *in forma pauperis* (IFP) for a non-inmate *or* pay the full $402 filing fee

(consisting of the $350 filing fee and $52 administrative fee) on or before **April 17, 2023**. (ECF No. 14.)

It subsequently came to the court's attention that Plaintiff's counsel, Carrie Hurtik, has been suspended from practicing law before this court. *See* Order of Suspension in case No. 2:23-ms-00012. As such, the court set a telephonic status conference for April 24, 2023, at 1:00 p.m. (ECF No. 15.) That order was served on Plaintiff through his counsel, Ms. Hurtik.

In light of Ms. Hurtik's suspension, the court directs the Clerk to **SERVE** a copy of this Order, the order at ECF No. 14, as well as the order setting the telephonic status conference (ECF No. 15), on Plaintiff at his last address of record (ECF No. 7).

Plaintiff should call into the telephonic status conference on Monday, April 24, 2023, at 1:00 p.m., by dialing **1-888-557-8511**, and then enter the access code **3599743**, and the security code **42423**, approximately 5 minutes before the hearing.

Ms. Hurtik shall also <u>immediately</u> contact her client to advise him of her order of suspension (LR IA 11-7(k)) and of the telephonic status conference set for Monday, April 24, 2023. Ms. Hurtik shall file a notice **on or before noon on Thursday April 19, 2023**, advising the court that she has completed these tasks, and advise the court whether Plaintiff's contact information is the same as filed at ECF No. 7, and if not, provide the court with the updated contact information. Ms. Hurtik shall also file a proof of service of the order of suspension on her client in compliance with Local Rule IA 11-7(k).

///

///

Plaintiff is advised that going forward, Local Rule IA 3-1 requires a party to immediately file with the court written notification of any change of contact information.

**IT IS SO ORDERED**.

Dated: April 18, 2023

_____
Craig S. Denney
United States Magistrate Judge