**SUB**
**JONATHON R. PATTERSON, ESQ.**
Nevada Bar No. 9644
**HURTIK LAW & ASSOCIATES**
6767 W. Tropicana Avenue, Suite 200
Las Vegas, Nevada 89103
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
jpatterson@hurtiklaw.com
Attorneys for Plaintiff
KAVOUISE JACKSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAVOUISE JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NAPHCARE, et al.,<br><br>　　　　　Defendants | Case No.: 3:22-CV-00318-MMD-CSD |

**SUBSTITUTION OF ATTORNEY**

　　　JONATHON R. PATTERSON, ESQ. of HURTIK LAW & ASSOCIATES is hereby substituted as the attorney of record for Plaintiff, KAVOUISE JACKSON in the above-entitled action, in place of and instead of CARRIE E. HURTIK, ESQ. of HURTIK LAW & ASSOCIATES.

DATED this 19th day of April, 2023.　　　　　　　　*/s/: KAVOUISE JACKSON*
　　　　　　　　　　　　　　　　　　　　　　　　　　**KAVOUISE JACKSON**

　　　JONATHON R. PATTERSON, ESQ. of HURTIK LAW & ASSOCIATES hereby accepts the above and foregoing substitution as attorney of record for the Plaintiff, KAVOUISE JACKSON, in the above-entitled action.

DATED this 19th day of April, 2023.　　　　　　　　**HURTIK LAW & ASSOCIATES**

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/: JONATHON R. PATTERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　**JONATHON R. PATTERSON, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 9644
　　　　　　　　　　　　　　　　　　　　　　　　　　6767 W. Tropicana Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89103

SUBSTITUTION OF ATTORNEY - 1

1   CARRIE E. HURTIK, ESQ. of HURTIK LAW & ASSOCIATES hereby accepts the above and
2   foregoing substitution as attorney of record for the Plaintiff, KAVOUISE JACKSON, in the above-
3   entitled action.

DATED this 24th day of April 2023.

HURTIK LAW & ASSOCIATES

/s/: CARRIE E. HURTIK

_____
**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
6767 W. Tropicana Avenue, Suite 200
Las Vegas, Nevada 89103

The substitution of attorney is hereby approved and so ORDERED.

Date: April 24, 2023                    U.S. Magistrate Judge: CSD