UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAVIOUSE JACKSON<br><br>    Plaintiff,<br>v.<br><br>NICKY LNU<br><br>    Defendants. | Case No. 3:22-cv-00318-MMD-CSD<br><br>ORDER |

The Complaint in this action was filed on February 8, 2022. (ECF No. 5.) The Court issued a notice of intent to dismiss Nicky LNU under Fed. R. Civ. P. 4(m) unless proof of service is filed by September 6, 2023. (ECF No. 34.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Nicky LNU are dismissed without prejudice.

DATED THIS 2nd Day of October, 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE